```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: October 14, 2009



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-18576/1115120379

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-15052-SSC |
| Lawrence Claude Blaylock and Tricia Ann Blaylock | Chapter 7 |
| Debtors. | ORDER |
| Provident Funding Associates, L.P. Movant, vs. | (Related to Docket #12) |
| Lawrence Claude Blaylock and Tricia Ann Blaylock, Debtors, David M. Reaves, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 11, 2006 and recorded in the office of the Maricopa County Recorder wherein Provident Funding Associates, L.P. is the current beneficiary and Lawrence Claude Blaylock and Tricia Ann Blaylock have an interest in, further described as:

> A portion ofthe Southeast quarter ofthe Southwest quarter of Section 4, Township 6 North, Range 3 East ofthe Gila and Salt River Base and Meridian, Maricopa County, Arizona;
> COMMENCING at the South quarter comer of Section 4, Township 6 North, Range 3 East at a found RR spike;
> THENCE South 89 degrees, 57 minutes, 07 seconds West, 737.61 feet;
> THENCE North 00 degrees, 06 minutes, 27 seconds East, 40.00 feet;
> THENCE South 89 degrees, 57 minutes, 07 seconds West, 147.00 feet to the TRUE POINT OF BEGINN[NG of Lot 4; ,
> THENCE South 89 degrees, 57 minutes, 07 seconds West, 147.00 feet;
> THENCE North 00 degrees, 06 minutes, 27 seconds East, 296.34 feet;
> THENCE North 89 degrees, 57 minutes, 07 seconds East, 147.00 feet;
> TIlENCE South 00 degrees, 06 minutes, 27 seconds West, 296.34 feet to the TRUE POINT OF BEGINNING of1ot 4.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT